

EXHIBIT E

