
EXHIBIT F

