

# EXHIBIT I

