

A. **Examples of Pre-Trial Foreign Federal Defendants Released to Their Own Countries**

1. ***United States v. Singh*, No. 18-cr-681 (E.D.N.Y. 2025)**: Singh, a citizen of the United Kingdom charged with wire fraud and securities fraud, was released on bail. Judge Kuntz permitted him to reside in the U.K. pending trial, on the condition that he check in weekly with his U.K. counsel.

2. ***United States v. Subeva*, No. 18-cr-681 (E.D.N.Y. 2022)**: Subeva, a citizen of the United Kingdom charged with wire fraud and securities fraud, was released on a $2 million bond secured by $500,000 in cash. Judge Kuntz required her to surrender her passport to U.K. counsel, and imposed weekly reporting to both her U.K. counsel and the FBI.

3. ***United States v. Johnson*, No. 16-cr-457 (E.D.N.Y. 2018)**: Johnson, a citizen of the United Kingdom charged with conspiracy to commit wire fraud and wire fraud involving more than $1 billion, was released on bail by Judge Garaufis. After conviction and before sentencing, Judge Garaufis permitted Johnson to return to the United Kingdom on substantially the same bail conditions over the government's objection.

4. ***United States v. Hussain*, No. 16-cr-462 (N.D. Cal. 2019)**: Hussain, a U.K. citizen charged with large-scale fraud involving manipulation of a software firm's financial records across 16 counts, was released on bail by Judge Charles Breyer on a $1,000 cash bond, permitted to continue residing in England, with international travel allowed except to countries lacking an extradition treaty.

5. ***United States v. Horie*, No. 15-cr-00003 (N.D. Ohio 2015)**: Horie, a Japanese citizen convicted of an antitrust conspiracy, was released on a $100,000 bond secured by $20,000 cash and was permitted by Judge Jack Zouhary to retain his passport and travel to Japan prior to self-surrender for his 12-month sentence.

6. ***United States v. Bachman*, No. 11-cr-00095 (E.D. Va. 2015)**: Bachman, a Swiss citizen charged with conspiracy to defraud the United States, was released on a $200,000 unsecured bond, and Judge Gerald Lee permitted him to travel to and reside in Switzerland, from where he could not be extradited.

7. ***United States v. Dorig,* No. 11-cr-0095 (E.D. Va. 2015)**: Dorig, a Swiss citizen charged with conspiracy to defraud the United States, was released on a $150,000 unsecured bond, and Judge Gerald Lee permitted him to travel to and reside in Switzerland, from where he could not be extradited.

8. ***United States v. Chamberlain*, No. 18-cr-577 (N.D. Cal. 2025)**: Chamberlain, a U.K. citizen charged with large-scale fraud involving manipulation of a software firm's financial records across sixteen counts, was granted release by Judge Breyer on a $1,000 cash condition after waiving extradition and was permitted to continue residing in England, with travel allowed to all countries except those without an extradition treaty.

9. ***United States v. Hoskins*, No. 12-cr-238 (D. Conn. 2020)**: Hoskins, a U.K. citizen charged with FCPA violations and money laundering, was granted release by Judge Janet Bond Arterton on a $1.5-million bond secured by $100,000 cash and $750,000 in real-property security; he was initially restricted to residing in Connecticut, New York, and Texas, later permitted to travel to the U.K. after posting additional security, and eventually allowed to reside in the U.K. prior to trial, after which he returned to the United States for trial.

**B. Examples of Pre-Trial Foreign Federal Defendants Released on Bail**

10. ***United States v. Smet*, No. 03-cr-551 (E.D. Va. 2004)**: Smet, a citizen of Belgium, a country with no extradition treaty with the United States, was charged in a criminal antitrust case. Judge Buchanan ordered Defendant's release, with travel restricted to the Washington, D.C., Metropolitan area.

11. ***United States v. Boultbee,* No. 05-cr-727 (N.D. Ill. 2007)**: Boultbee, a Canadian citizen, was prosecuted before Judge Eve in the Northern District of Illinois in connection with the high-profile Conrad Black case. Judge Eve released him on bail.

12. ***United States v. Ogiermann*, No. 10-cr-80157 (S.D. Fla. 2012)**: Ogiermann, a Luxembourg citizen charged with antitrust violations, was released on bail by Judge Kenneth Marra on a $300,000 cash bond, with no travel restrictions until 30 days before trial, when he was required to surrender his passport and remain in the district for trial.

13. ***United States v. Van de Weg*, No. 10-cr-80157 (S.D. Fla. 2011)**: Van de Weg, a Luxembourg citizen charged with antitrust violations, was released on bail by Judge Kenneth Marra on a $300,000 cash bond, with no travel restrictions until 30 days before trial, when he was required to surrender his passport and remain in the district for trial.

14. ***United States v. Pennings*, No. 16-cr-10094 (D. Mass. 2018)**: Pennings, a U.K. citizen charged with one count of conspiracy and four counts of securities and wire fraud, was released on bail by Judge Leo Sorokin on a $2 million bond secured by $100,000 cash and a lien on real estate in the U.K.

15. ***United States v. Kyomoto*, No. 15-cr-00044 (E.D. Ky. 2016)**: Kyomoto, a Japanese citizen convicted of an antitrust conspiracy, was released on his own recognizance following arraignment and, after receiving an 18-month sentence, was permitted by Judge David Bunning to travel freely pending his voluntary surrender to serve that sentence.

16. ***United States v. Vorley*, No. 18-cr-35 (N.D. Ill. 2021):** Vorley, a United Kingdom citizen charged with mail-fraud conspiracy, was granted pre-trial release by Judge Tharp.

17. ***United States v. Chanu,* No. 18-cr-35 (N.D. Ill. 2021)**: Chanu, a United Arab Emirates citizen charged with mail-fraud conspiracy, was granted pre-trial release by Judge Tharp.

18. ***United States v. Kaganovich*, No. 17-cr-649 (E.D.N.Y. 2022)**: Kaganovich, a citizen of the Republic of Georgia, was prosecuted for health care fraud before Judge Brodie, who released Defendant on a $5-million bond.